**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CEDRIC TYRONE MOORE, | ) | NO. CV 15-4687-JFW(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| HOUSING AUTHORITY OF THE CITY OF LOS ANGELES, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Defendants' motion to dismiss is granted.

///

///

1  IT IS FURTHER ORDERED that Judgment shall be entered dismissing
2  the First Amended Complaint and the action without leave to amend
3  and with prejudice.
4
5  IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
6  the Magistrate Judge's Report and Recommendation and the Judgment
7  herein on Plaintiff and counsel for Defendants.
8
9  DATED: January 19, 2016

            _____
                     JOHN F. WALTER
            UNITED STATES DISTRICT JUDGE