JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CEDRIC TYRONE MOORE,<br><br>            Plaintiff,<br><br>     v.<br><br>HOUSING AUTHORITY OF THE<br>CITY OF LOS ANGELES, et al.,<br><br>            Defendants. | NO. CV 15-4687-JFW(E)<br><br><br><br>JUDGMENT |

IT IS ADJUDGED that the First Amended Complaint and action is dismissed without leave to amend and with prejudice.

DATED: January 19, 2016

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE